```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :   **ORDER**
    – v. –                                                       :
                                                                 :   21 Cr. 238 (LAK)
OMAR AHMED,                                                      :
    a/k/a "Omar Ahmad,"                                          :
                                                                 :
                                      Defendant.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HON. LEWIS A. KAPLAN, United States District Judge:

      The United States Marshals Service is hereby authorized to use reasonable force, including, if necessary, the use of restraints, to remove the defendant from his cell in the Metropolitan Detention Center and transport him for production in this action at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York, 10007, by 4:30 p.m. on July 20, 2021.

Dated:    New York, New York
              July 20, 2021

                                                      _____
                                                      HON. LEWIS A. KAPLAN
                                                      United States District Judge