

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 9, 2021

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

     Re:   *United States v. Omar Ahmed*, **21 Cr. 238 (LAK)**

Dear Judge Kaplan:

     Based on communications with Chambers, the Government understands that the status conference in this matter will be adjourned from August 10, 2021, to a date in September. The Government respectfully requests that time be excluded from August 10, 2021, through a control date of September 30, 2021, pursuant to 18 U.S.C. § 3161(h)(7), so that the parties have the opportunity to continue discussing a pretrial disposition and to prepare motions. The defendant consents to the requested exclusion, and a proposed order is attached.

                                                          Respectfully submitted,

                                                          AUDREY STRAUSS
                                                          United States Attorney

                                 By:  _____
                                                          Patrick R. Moroney
                                                          Assistant United States Attorney
                                                          (212) 637-2330

Cc:     Robert Walters, Esq. (via ECF)