```
USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 9/15/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :
                    -v.-                                      :    21-cr-238 (LAK)
                                                              :
OMAR AHMED,                                                   :    ORDER
    a/k/a "Omar Ahmad,"                                       :
                                                              :
                                                              :
                              Defendant.                      :
                                                              :
------------------------------------------------------------- X

LEWIS A. KAPLAN, United States District Judge:

     Upon the application of the United States of America, by and through AUDREY STRAUSS, United States Attorney for the Southern District of New York, PATRICK R. MORONEY, Assistant United States Attorney, of counsel, and with the consent of OMAR AHMED, a/k/a "Omar Ahmad," by and through his attorney, ROBERT WALTERS, it is hereby ORDERED that the time from August 10, 2021, through September 30, 2021, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

     The Court finds that the ends of justice served by granting this exclusion outweigh the best interest of the public and the defendant in a speedy trial because granting an exclusion will allow the parties to continue discussing a potential pretrial disposition.

     SO ORDERED.

Dated: 9/15/21
New York, New York

_____
LEWIS A. KAPLAN
United States District Judge