UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                  -against-

OMAR AHMED

                                     Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21   -CR- 238 ( ) ( )

Defendant __Omar Ahmed_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_x_   Guilty Plea

/s/ authorized to sign by counsel
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Omar Ahmed_____
Print Defendant's Name

/s/
_____
Defendant's Counsel's Signature

__Jeffrey Pittell_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/18/2022
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge