```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/24/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

OMAR AHMED,
   a/k/a "Omar Ahmad,"

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

21 Cr. 238 (LAK)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Sarah L. Cave on January 18, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript and the record in this case, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         January 24, 2022

                                    _____
                                    THE HONORABLE LEWIS A. KAPLAN
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK